PROB 12
(Rev. 11/04)

# United States District Court
для
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
3/26/21
CENTRAL DISTRICT OF CALIFORNIA
BY: GGA DEPUTY

U.S.A. VS. Shay Paniry      Docket No. 2:13CR00511-005

## Petition on Probation and Supervised Release (Termination by Death)

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Shay Paniry who was placed on supervision by the Honorable S. James Otero sitting in the court at Los Angeles, on the 30th day of July, 2015, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgement and Commitment Orders.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 28, 2021, the above-named supervisee died, as verified by the Probation Officer through the Bureau of Prisons.

**PRAYING THAT THE COURT WILL ORDER** supervision terminated.

ORDER OF COURT

Considered and ordered this 26th day of March, 2021 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

/S/ SUSIE RODRIGUEZ
U.S. Probation & Pretrial Services Officer

Place: Inglewood, California

Approved: /S/ TANISHA MCNEAL
Supervising U.S. Probation & Pretrial Services Officer

Date: March 26, 2021